No. A–651.  MCDONALD WELDING & MACHINE CO., INC., ET AL. v. LEHMAN, SECRETARY OF THE NAVY.  C. A. 6th Cir.

Application to vacate stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.